## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **TINA BURST AND TIMOTHY R. SAWYER**<br>    *Plaintiffs,* | *<br>*<br>*<br>* | **CIVIL ACTION NO: 3:23-cv-1466** |
| **VERSUS** | *<br>*<br>* | **JUDGE BRIAN A. JACKSON** |
| **STATE FARM FIRE AND CASUALTY COMPANY,**<br>    *Defendant* | *<br>*<br>* | **MAGISTRATE JUDGE ERIN WILDER-DOOMES** |

## JOINT RULE 41(a) REQUEST FOR COURT ORDERED DISMISSAL

NOW INTO COURT, through undersigned counsel of record, comes Plaintiffs, **TINA BURST AND TIMOTHY R. SAWYER,** and Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, who pursuant to Rule 41(a) inform the Court that the parties have reached a settlement in this matter and jointly request that the Court dismiss their claims in total against all parties, with prejudice.

I am authorized to advise the Court that:

I have confirmed with all parties to this matter and there is no objection to the filing of this **JOINT REQUEST FOR COURT ORDERED DISMISSAL.**

**WHEREFORE,** Plaintiffs, **TINA BURST AND TIMOTHY R. SAWYER**, and Defendant, **STATE FARM FIRE AND CASUALTY COMPANY**, pray that this Court issue an Order dismissing their claims in total against all parties, with prejudice, each party to bear its own costs and expenses.

| Respectfully submitted: | Respectfully submitted: |
|---|---|
| **GODBEY GIARDINA LAW GROUP, LLC** | **PLAUCHÉ, SMITH & NIESET, L.L.C.** |

/s/ *Dante Cortello*  /s/ *Peyton N. Robertson*

| **DANTE CORTELLO (#38534)** | **PEYTON N. ROBERTSON (#39315)** |
|---|---|
| dante@g-glawgroup.com | CHRISTOPHER P. IEYOUB (#16978) |
| AARON GODBEY (#38534) | V. ED MCGUIRE, III (#23861) |
| MICHAEL GIARDINA (#39192) | 1123 Pithon Street |
| DEVLAN MELANCON (#39280) | Lake Charles, LA  70601 |
| 1381 Fremaux Ave. | Telephone: (337) 436-0522 |
| Slidell, LA  70458 | Facsimile: (337) 436-9637 |
| Telephone: (985) 590-4650 | probertson@psnlaw.com |
|  | cieyoub@psnlaw.com |
| *Attorney for Plaintiffs,* **TINA BURST AND TIMOTHY R. SAWYER** | emcguire@psnlaw.com |
|  | *Attorneys for Defendant,* **STATE FARM FIRE AND CASUALTY COMPANY** |

## CERTIFICATE OF SERVICE

I hereby certify that on the **19th** day of **August, 2024**, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ *Dante Cortello*
**DANTE CORTELLO**